IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TERRY ZANE AND SUSANNE ZANE,<br><br>　　　　Defendant and Judgment Debtors.<br><br>CALIFORNIA STATE TEACHERS'<br>RETIREMENT SYSTEM,<br><br>　　　　Garnishee. | Case No.: 1:10MC00007-AWI<br><br>**ORDER FOR TERMINATION OF WRIT OF GARNISHMENT**<br><br>Criminal Case No: 1:08CR00369-AWI |

　　The Court, having reviewed the court files and the United States' Application for Order of Termination of the Writ of Garnishment (the "Application"), and finding good cause therefrom, hereby grants the Application. The Writ of Garnishment is hereby Terminated pursuant to 28 U.S.C. §3205(c)(10)(C) and this case is hereby closed.

IT IS SO ORDERED.

Dated:　May 3, 2016　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

Order for Termination of Writ of Garnishment　　　　1